FILED
December 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003971335

DANIEL S. WEISS (SBN 91930)
LAW OFFICES OF DANIEL S. WEISS
2020 HURLEY WAY, SUITE 210
Sacramento, California 95825
Telephone: (916) 569-1610
Fax: (916) 569-1612

Attorney for Debtors
R. JEFF SLATER and
KATHERYN ANN SLATER

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                              ) Case No. 10-27466-E-13C
                                    )
R. JEFF SLATER                      ) DCN DSW-004
and KATHERYN ANN SLATER,            )
                                    ) DATE: January 10, 2012
         Debtors.                   ) TIME: 2:00 P.M.
                                    ) DEPT: E - COURTROOM 33
_____)

**MOTION TO MODIFY DEBTORS'
CONFIRMED CHAPTER 13 PLAN
(FILED ON JUNE 11, 2010 AND CONFIRMED ON JANUARY 7, 2011)**

R. JEFF SLATER and KATHERYN ANN SLATER, Debtors in the above entitled matter ("Debtors"), by their attorney, Daniel S. Weiss, hereby move the Court to modify their Chapter 13 Plan which was filed with the Court on June 11, 2010 and confirmed by the Court on January 7, 2011.

This Motion is based upon the Proposed Modified Plan, a copy of which is attached hereto as Exhibit "A" and incorporated herein by reference, the Declaration of R. JEFF SLATER and KATHERYN ANN SLATER submitted in support of the Motion, and such oral argument

1

as may be presented at the hearing on this Motion.

Debtors request that the Court take judicial notice of their Amended Summary of Schedules, Amended Schedule I, Amended Schedule J and Amended Form B22C, filed with the Court on December 21, 2011, and all other documents and pleadings filed in this case, pursuant to the provisions of General Order 05-03.

Since confirmation of Debtors' Amended Chapter 13 Plan, the following changes have occurred:

Debtor R. Jeff Slater's income from employment has been reduced from $6,348.85 to $4,815.20 (a difference of $1,533.65). He is now paid on a flat rate of $222.24 per day, with no overtime. Debtor Katheryn Slater is now collecting social security benefits. Debtors now have to pay premiums on their medical insurance and deductibles.

The Debtors are moving out of their residence on January 1, 2012, and are no longer paying deed of trust payments on their residence, but they now must pay rent.

Debtors had purchased property at 305 Ash Street, Westwood, CA in 2002. Mr. Edward Bauer loaned money to Debtors for this purchase and holds a first deed of trust on the property. Debtors sold this property to Brian and Nancy Phillips on December 17, 2007. Mr. and Mrs. Phillips were paying the note and deed of trust payments directly to Mr. Bauer, and, in addition, were paying monthly payments of $694.53 to Debtors. Mr. and Mrs. Phillips have ceased making payments to Mr. Bauer and to Debtors. Mr. Bauer is intending to foreclose on the first deed of trust. Debtors will

abandon the property to Mr. Bauer and do not believe that pursuing Mr. and Mrs. Phillips will be worth the effort.

The Amendment proposes payment of the sum of $1,499.79 per month (which includes monthly payments sufficient to pay in full the secured portion of the deed of trust against rental property owned by the Debtors and the Debtors' auto installment loan payments), for a total commitment period of sixty (60) months, of which 40 months remain.

The proposed Plan payments are based upon Debtors' disposable income on the Amended Schedule J, which accurately reflects the Debtors' anticipated income and expenses.

Wherefore, Debtors pray that their confirmed Chapter 13 Plan be modified, effective as of the payment due December 25, 2011, to provide for payments of $1,499.79 per month, effective as of the payment due on or before December 25, 2011 and continuing for the remaining commitment period; and that they be granted such further and other relief as the Court deems just and proper.

Dated: December 19, 2011.                LAW OFFICES OF DANIEL S. WEISS
                                         Attorney for Debtors


                                   By:      /s/Daniel S. Weiss