DAVID P. CUSICK, TRUSTEE, #160467
NEIL ENMARK, #159185, attorney for Trustee
TALVINDER S. BAMBHRA, #230907, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000
legalmail@cusick13.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE:

R. JEFF SLATER
KATHERYN ANN SLATER

Debtor(s)

Case No: 10-27466-E-13C
DCN: DSW-4

TRUSTEE'S OBJECTION TO DEBTOR(S) MOTION TO MODIFY DEBTORS' CONFIRMED CHAPTER 13 PLAN

DATE: JANUARY 10, 2012
TIME: 2:00 P.M.
JUDGE: RONALD H. SARGIS
COURTROOM: 33

DAVID P. CUSICK, TRUSTEE, objects to Debtor(s) motion as:

**1. The Motion to Confirm the Plan has not been set for hearing on the notice** required by Local Bankruptcy Rule 9014-1(f)(1), General Order 05-03, Paragraph 8(b), and Federal Rule of Bankruptcy Procedure 3015(g). Per the Trustee's calculation the plan filed 12-21-11 was set on 20 days notice. 35 days notice is required.

1

2. The debtors' confirmed plan has a commitment period of 60 months. The debtors are proposing a commitment period of 40 months. The Trustee is uncertain if the debtors are decreasing the commitment period or are proposing 40 remaining payments of $1,499.79.

The respondent consents to the Court's resolution of disputed material factual issues pursuant to FRCivP 43(e) as made applicable by FRBP 9017.

WHEREFORE, the Trustee requests that the motion be denied.

Dated: December 27, 2011

Talvinder S. Bambhra, Attorney for Trustee